# ATTACHMENT 1



# COMPLAINT FORM
(for non-prisoner filers without lawyers)

### IN THE UNITED STATES DISTRICT COURT
FOR THE <u>WESTERN</u> DISTRICT OF <u>WISCONSIN</u>

(Full name of plaintiff(s))

## Maryann Shaw-Nawrocki

vs

(Full name of defendant(s))

## REACH DANE
## HEAD START PROGRAM

Case Number:

20-cv-872-jdp

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of <u>FLORIDA</u> and resides at
   (State)

   <u>private because of attack</u>
   (Address)

(If more than one plaintiff is filing, use another piece of paper).

2.  Defendant **Reach Dane**
    (Name)

is (if a person or private corporation) a citizen of **wisconsin**
(State, if known)

and (if a person) resides at **2096 Red Arrow Trail Mad, WI 53711**
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for **2202 South Park St. Mad, WI**
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

[1] Director at the time, Debbie Wilcox and staff

[2] fired me from my employment, after a Background check was done

[3] April 2011

[4] South Madison, HEAD START PROGRAM, 2202 SOUTH PARK ST.

[5] RACE DISCRIMINATION -HATE CRIME

I file a complaint regarding head start, with my initial complaints, my cpmplaint against

head start was ignored, refiling my complaint.

I was fired from my employment with head start, after a background was performed on me. I was not met with, to discussed the background check.

I was terminated from my employment with the head start program, on bogus write ups that were frivolous and unwarranted. If there was something in my background that was a problem for my employment with head start, I should have had a meeting. the Background check was done, after I was terminated from my employment with Head start. I filed a complaint, but I assumed my complaint was ignored.

C. JURISDICTION

[✔] I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[✔] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $1.000000 .

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

~~fixed, to NO, income, I live well BELOW ANY POVERTY LINE~~

Claims Settlements!

E.  JURY DEMAND

☑ Jury Demand – I want a jury to hear my case
OR
☑ Court Trial – I want a judge to hear my case

Dated this __11__ day of __September__ 20__2020__.

Respectfully Submitted,

*Maryann Nawrocki*
Signature of Plaintiff

**682-300-6316**
Plaintiff's Telephone Number

_____
Plaintiff's Email Address

**wi.crueltyhatred@gmail.com**

**private due to attack.**
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

### REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☒ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.