IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARYANN SHAW-NAWROCKI,

                           Plaintiff,

v.

REACH DANE HEAD START PROGRAM,

                           Defendant.

OPINION and ORDER

20-cv-872-jdp

---

      Plaintiff Maryann Shaw-Nawrocki, appearing pro se, alleges that she was fired from her job at Reach Dane Head Start Program because of her race. I previously granted Shaw-Nawrocki leave to proceed on a race discrimination claim under Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000e-2(a)(1). Dkt. 5.

      Reach Dane has filed a motion to dismiss Shaw-Nawrocki's Title VII claim or any other claims she might be attempting to bring in this lawsuit as barred by the applicable statutes of limitations. Dkt. 9. Shaw-Nawrocki alleges that she was terminated in 2011, nine years before she filed this lawsuit. As Reach Dane points out, to raise a timely Title VII claim in Wisconsin, a plaintiff must file a charge with the United States Equal Employment Opportunity Commission within 300 days of the alleged discrimination. And even if Shaw-Nawrocki had meant to bring a claim under 42 U.S.C. § 1981, a plaintiff must file a lawsuit within four years of the alleged discrimination. *See* 28 U.S.C. § 1658. Shaw-Nawrocki's complaint does not include any allegations suggesting that she has met these standards, and she did not respond to Reach Dane's motion to dismiss. So I will accept Reach Dane's arguments as unopposed and I will grant its motion to dismiss the case.

ORDER

IT IS ORDERED that:

1. Defendant Reach Dane Head Start Program's motion to dismiss the case, Dkt. 9, is GRANTED.

2. The clerk of court is directed to enter judgment for defendant and close the case.

Entered December 3, 2020.

> BY THE COURT:
>
> /s/
>
> _____
>
> JAMES D. PETERSON
> District Judge