IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARYANN SHAW-NAWROCKI,

    Plaintiff,

  v.

                                          Case No.  20-cv-872-jdp

REACH DANE HEAD START
PROGRAM,

    Defendant.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case.

| /s/ | 12/3/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |