# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Maryann Nawrocki

Plaintiff

Notice of Appeal

Case No.3:20-cv-872

V.

Reach Dane, Head Start Program

Defendant

Notice is given that plaintiff/defendant, Maryann Nawrocki, appeals to the United States Court of Appeals for the Seventh Circuit court from the final judgement entered in this action on 09/22/2020

Dated and signed this December _____07, _____2020

Madison, _____ Wisconsin. _____ 53713

_/s/ Maryann Nawrocki_
Signature

600 North Washington apt 122

_____

Street Address

Jacksonville, Florida 32202

_____

City State Zip